Glenn R. Kantor - State Bar No. 122643
 E-mail: gkantor@kantorlaw.net
Jaclyn D. Conover, SBN 266749
 E-mail: jconover@kantorlaw.net
KANTOR & KANTOR, LLP
9301 Corbin Ave. Suite 1400
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
JOAN BAXTER-STONE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| JOAN BAXTER-STONE,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY,<br><br>    Defendant | CASE NO.: 5:24-cv-02380-DMB-SPx<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the parties have reached a settlement in this matter. The parties anticipate completing the exchange of settlement documents, and filing a dismissal with the Court, within the next thirty (30) days. The parties request that the Court retain jurisdiction of this case during said thirty (30) day period.

DATED: January 6, 2025                KANTOR & KANTOR, LLP

                                      By: /s/ *Glenn R. Kantor*
                                      Glenn R. Kantor
                                      Attorney for Plaintiff,
                                      Joan Baxter-Stone